## WILLIAM H. PETERSON v. CITY OF JORDAN.[1]

January 19, 1917.

Nos. 20,090—(206).

**Case followed.**

Action in the district court for Scott county to recover $1,100 for damage to plaintiff's automobile and loss of chattels. From an order, Morrison, J., sustaining defendant's demurrer to the complaint, plaintiff appealed. Affirmed.

*D. E. Dwyer and F. J. Leonard,* for appellant.

*George F. Sullivan,* for respondent.

QUINN, J.

This is an action to recover damages to an automobile, caused by the negligence of the defendant city. The alleged cause of action grows out of the same state of facts and conditions stated in the opinion in Peterson v. City of Jordan, supra, page 384.

The two cases were submitted together and the opinion in that case disposes of the question of the liability of the defendant city in this.

Order affirmed.